**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor:                                **COLE, MICHAEL & MELISSA**

Chapter 13 Case No.              07-41812
                                 jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| FIRST COMMUNITY CREDIT UNION<br>843 40TH AVE NE<br>COLUMBIA HEIGHTS, MN 55421 | 2 | $5,237.71 | $19.30 |

#191376
08-23 cwn
$19.30

**TOTAL TO CLERK'S FUND**                                                                 $19.30

__August 20, 2010__                          /s/ Kyle L Carlson
DATE                                         TRUSTEE

RECEIVED 10 AUG 23 AM 8:40 U.S. BANKRUPTCY COURT MINNEAPOLIS MN